**Order entered April 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00130-CR

**ROMAN JESSE MENDOZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 26999-422**

## ORDER

Before the Court is the State's motion to extend time to file its brief. We **GRANT** the

motion. We **ORDER** the State's brief received April 18, 2014 filed as of the date of this order.

/s/    JIM MOSELEY
        PRESIDING JUSTICE